SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Ciau, Individually and<br>d/b/a Ixtapa Auto Sales, et al<br><br>Defendants | Case No. **2:09-cv-00481-MCE-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL MAY 28, 2009 FOR DEFENDANT CARLOS CIAU TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Carlos Ciau, by and through, Scott N. Johnson; Carlos Ciau (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Carlos Ciau until April 28, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant Carlos Ciau is granted an extension until May 28, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Carlos Ciau's response will be due no later than May 28, 2009.

IT IS SO STIPULATED effective as of April 23, 2009

Dated: April 23, 2009           /s/Carlos Ciau
                                Carlos Ciau
                                PRO SE

Dated: April 23, 2009           /s/Scott N. Johnson
                                Scott N. Johnson,
                                Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Carlos Ciau shall have until May 28, 2009 to respond to complaint.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com