SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ciau et al<br><br>　　　　Defendants | Case No. **2:09-cv-00481-MCE-DAD**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 29, 2009 FOR DEFENDANT CARLOS CIAU TO RESPOND TO COMPLAINT; ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Carlos Ciau, by and through, Scott N. Johnson; Carlos Ciau (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Carlos Ciau until May

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

28, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Carlos Ciau is granted an extension until June 29, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Carlos Ciau's response will be due no later than June 29, 2009.

IT IS SO STIPULATED effective as of May 19, 2009

Dated: May 19, 2009                /s/Carlos Ciau_____ ____
                                   Carlos Ciau
                                   PRO SE


Dated: May 19, 2009                /s/Scott N. Johnson ____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Carlos Ciau shall have until June 29, 2009 to respond to complaint.

DATED: May 27, 2009
                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com