```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CIAU, et al.,<br><br>　　　　Defendants. | Case No. **2:09-cv-00481-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 2, 2009 FOR DEFENDANTS CARLOS CIAU; KATHLEEN L. MCDOUGALL; STOCKTON, LLC TO RESPOND TO COMPLAINT |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Carlos Ciau; Kathleen L. McDougall; Stockton, LLC, by and through their respective attorneys of record, Scott N. Johnson; Julie Raney, stipulate as follows:

　　　1.　An extension of time has been previously obtained for Defendant Carlos Ciau until June 29, 2009 to respond or otherwise plead reference to Plaintiff's complaint. This extension is to include all defendants.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Carlos Ciau; Kathleen L. McDougall; Stockton, LLC are granted an extension until July 2, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' Carlos Ciau; Kathleen L. McDougall; Stockton, LLC response will be due no later than July 2, 2009.

IT IS SO STIPULATED effective as of June 5, 2009

Dated:  June 5, 2009                /s/Julie Raney____ ___
                                    Julie Raney,
                                    Attorney for Defendants
                                    Carlos Ciau; Kathleen L.
                                    McDougall; Stockton, LLC


Dated:  June 5, 2009                /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Carlos Ciau; Kathleen L. McDougall; Stockton, LLC shall have until July 2, 2009 to respond to complaint.

DATED: June 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com